

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-20-00229-CV |
| Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas, | § | Appeal from the |
| | § | 353rd District Court |
| Appellants, | § | of Travis County, Texas |
| v. | § | (TC# D-1-GN-19-005242) |
| Space City Management, L.L.C., | § | |
| Appellee. | § | |
| | § | |

**O R D E R**

On the Court's own motion, and pursuant to Tex.R.App.P. 39.1, the Court finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause, therefore, this case is scheduled to be submitted **without** oral argument on November 18, 2021.

IT IS SO ORDERED this 8th day of November, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.